WOOD and others, Appellants, vs. McDOWELL and others, Respondents.

*October 8 — October 23, 1894.*

*Wood v. Armour, ante, p. 488, followed.*

APPEAL from the Circuit Court for *Waukesha* County.

For the appellants there was a brief by *Quarles, Spence & Quarles,* and oral argument by *Charles Quarles.*

For the respondents there was a brief by *Warham Parks,* attorney, and *Ryan & Merton,* of counsel, and oral argument by *Mr. Parks* and *Mr. E. Merton.*

WINSLOW, J. This action is an action of ejectment brought to recover a part of the same quarter section of land mentioned in the case of *Wood v. Armour, ante,* p. 488. The facts in this case are substantially identical with the facts in that case, and upon the principles there laid down the judgment in this case must also be affirmed.

*By the Court.*— Judgment affirmed.